UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD PERRYMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASDEEP BAL,<br><br>　　　　　Defendant. | No. 2:14-cv-0680-WBS-EFB P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983.  Defendant Bal moves for a two week extension of time to file dispositive motions (ECF No. 30).

　　　Good cause appearing, IT IS HEREBY ORDERED that the motion (ECF No. 30) is granted and the deadline for filing dispositive motions is extended to August 24, 2015.

DATED: August 10, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE