1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FLOYD PERRYMAN,                          No.  2:14-cv-0680-WBS-EFB P

12                  Plaintiff,

13         v.                                 ORDER

14   JASDEEP BAL,

15                  Defendant.

16
            Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action
17
     brought under 42 U.S.C. § 1983.  He moves to stay this action pending "the court's ruling on his
18
     August 7, 2015 motion."  ECF No. 34.   The court is not in receipt of any August 7th motion filed
19
     by plaintiff.  There is currently no motion filed by plaintiff pending before the court.  The only
20
     motion currently pending is defendant's August 13th motion for summary judgment, to which
21
     plaintiff must respond.  ECF No. 32.
22
            Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to stay (ECF No. 34) is
23
     denied.
24
     DATED:  August 31, 2015.
25
                                              EDMUND F. BRENNAN
26                                            UNITED STATES MAGISTRATE JUDGE

27

28